IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE MORRIS CLAY, II, | ) | No. C 14-2569 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) | |
| COUNTY OF CONTRA COSTA, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | (Docket No. 12.) |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On September 30, 2014, the court issued an order dismissing plaintiff's complaint with leave to amend within thirty days. (Docket No. 10.) On October 29, 2014, plaintiff filed a motion requesting an extension of time to file an amended complaint. (Docket No. 12.) Plaintiff states that on October 14, 2014, he submitted a request for access to the prison law library but, as of the date of his motion, the request has not been granted.

Having shown good cause, plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **within thirty (30) days** of the filing date of this order. The amended complaint must include the caption and civil case number used in this order (C 14-2569 RMW (PR)) and the words AMENDED COMPLAINT on the first page. **Failure to file an amended complaint within the time proscribed and in accordance with the court's September 30, 2014 order may result in a finding that further leave to amend would be futile and this**

1 | **action will be dismissed.**

2 | This order terminates docket number 12.

3 | IT IS SO ORDERED.

4 | DATED: _____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIE M CLAY II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF CONTRA COSTA et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV14-02569 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Morris Clay AR3562
Pelican Bay S.P., A7-117
P.O. Box 7500
Crescent City, CA 95531


Dated: December 17, 2014

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk