IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MORRIS CLAY, II,<br><br>    Plaintiff,<br><br> v.<br><br>D. CREWS,<br><br>    Defendant. | No. C 14-2569 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A DISPOSITIVE MOTION<br><br>(Docket No. 18) |

Plaintiff, a California state prisoner proceeding pro se, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On May 29, 2015, the court issued an order directing defendant to file a dispositive motion within ninety days. (Docket No. 15.) The parties have filed a stipulated motion for an extension of time for defendant to file a dispositive motion. (Docket Nos. 18 and 21.) The stipulated motion is **GRANTED**. Defendant D. Crews shall file a dispositive motion **on or before November 25, 2015**. Plaintiff shall file an opposition **within twenty-eight (28) days** of the filing date of defendant's motion. Defendant shall then file a reply **within fourteen (14) days** thereafter.

This order terminates docket number 18.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Ext. of Time for Defendant to file Dispositive Motion
P:\PRO-SE\RMW\CR.14\Clay569eot-dispo.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE M CLAY II,

        Plaintiff,

  v.

COUNTY OF CONTRA COSTA et al,

        Defendant.

Case Number: CV14-02569 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Morris Clay AR3562
Pelican Bay S.P., B8-117
P.O. Box 7500
Crescent City, CA 95531

Dated: August 11, 2015

                                      Richard W. Wieking, Clerk
                                      By: Jackie Lynn Garcia, Deputy Clerk