1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | WILLIE MORRIS CLAY, III, ) | No. C 14-2569 RMW (PR) |
| 13 | Plaintiff, ) | ORDER GRANTING MOTION FOR |
| 14 | v. ) | EXTENSION OF TIME TO FILE OPPOSITION |
| 15 | D. CREWS, ) | |
| 16 | Defendant. ) | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42

U.S.C. § 1983.  On November 25, 2015, defendant file a motion for summary judgment.

Plaintiff has filed a motion requesting additional time in which to file an opposition to

defendant's motion.  Defendant has filed a statement of non-opposition to that motion.

Plaintiff's motion is **GRANTED**.  Plaintiff shall file an opposition to defendant's motion for

summary judgment **no later than sixty (60) days** from the filing date of this order.  Defendant

shall file a reply **within fourteen (14) days** after plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED:  __1/11/2016__

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time to File Opposition
P:\PRO-SE\RMW\CR.14\Clay569eot.wpd