IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MORRIS CLAY, III, ) | No. C 14-2569 RMW (PR) |
| ) | |
| Plaintiff, ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION FOR THIRD EXTENSION |
| v. ) | OF TIME TO FILE OPPOSITION |
| ) | |
| D. CREWS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 25, 2015, defendant file a motion for summary judgment. Plaintiff has filed a motion requesting a third extension of time in which to file an opposition to defendant's motion. (Docket No. 40.) Plaintiff alleges that he has recently made contact with a witness who will be providing him a declaration to be filed with his opposition. (Id. at 2.) Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition to defendant's motion for summary judgment **no later than thirty (30) days** from the filing date of this order. Defendant shall file a reply **within fourteen (14) days** after plaintiff's opposition is filed. The court will not consider any further extensions of time absent exigent circumstances.

    IT IS SO ORDERED.

DATED:  5/23/2016

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Third Extension of Time to File Opposition
P:\PRO-SE\RMW\CR.14\Clay569eot.3wpd.wpd